In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00045-CR**
_____

**BARRIAN MCCRAY BLACKWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 17-08-09638-CR**

**MEMORANDUM OPINION**

Barrian McCray Blackwell has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 21, 2020
Opinion Delivered April 22, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.